NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

KA20-286

STATE OF LOUISIANA

VERSUS

MICHAEL SAMPSON

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 2016-CR-192039
HONORABLE WILLIAM J. BENNETT

\*\*\*\*\*\*\*\*\*\*

**ELIZABETH A. PICKETT**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Elizabeth A. Pickett, D. Kent Savoie, and Jonathan W. Perry, Judges.

**APPEAL DISMISSED. DEFENDANT-APPELLANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITHIN THIRTY DAYS FROM THE DATE OF THIS DECISION.**

Hon. Charles A. Riddle, III
District Attorney
P.O. Box 1200
Marksville, LA 71351
COUNSEL FOR APPELLEE:
    State of Louisiana

Allen L. Smith, III
P.O. Box 1592
Alexandria, LA  71309
COUNSEL FOR APPELLANT:
    Michael Sampson

Pickett, Judge.

Defendant, Michael Sampson, pled guilty to indecent behavior with a juvenile, a violation of La.R.S. 14:81(H)(2), and was sentenced on July 18, 2016. Defendant was sentenced to serve ten years in the Louisiana Department of Corrections, with credit for any time served since the date of arrest, and to run concurrently with any other sentence previously imposed. Two years of the sentence is to be served without benefit of probation, parole, or suspension of sentence, and upon release from incarceration, Defendant will be required to register as a sex offender. The sentence was imposed with the understanding there would be no habitual offender bill filed.

Defendant filed an application for post-conviction relief in the trial court on July 10, 2018. The trial court denied Defendant's application on August 7, 2018. On October 29, 2018, Defendant filed a Motion to Correct an Illegal Sentence. This motion was denied on October 29, 2018. Subsequently, on November 15, 2018, the Defendant filed a "Notice of Appeal" from the denial of his Post-Conviction Relief and his Motion to Correct an Illegal Sentence. The "Notice of Appeal" was denied on November 15, 2018. Defendant then filed a "Motion to Compel Specific Performance of Plea Agreement" on September 6, 2019. The motion was heard on October 8, 2019. Defendant then filed a second "Notice of Appeal" on October 21, 2019. Defendant's motion for appeal was granted on October 21, 2019.

On June 15, 2020, this court issued a rule to show cause why the appeal in this case should not be dismissed as the judgment at issue is not appealable. No brief has been received from Defendant.

Louisiana Code of Criminal Procedure Article 930.6(A) (emphasis added) provides:

The petitioner may invoke the supervisory jurisdiction of the court of appeal if the trial court dismisses the application or otherwise denies relief on an application for post conviction relief. **No appeal lies from a judgment dismissing an application or otherwise denying relief.**

Because the judgment is not appealable, the appeal in this case is hereby dismissed.

Defendant-Appellant, Michael Sampson, is hereby permitted to file a proper application for supervisory writs, in compliance with Uniform Rules–Courts of Appeal, Rule 4, no later than thirty days from the date of this decision. Defendant is not required to file a notice of intent to seek writs nor obtain an order setting a return date pursuant to Uniform Rules—Courts of Appeal, Rule 4-3, as we hereby construe the motion for appeal as a notice of intent to seek a supervisory writ.

**APPEAL DISMISSED. DEFENDANT-APPELLANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITHIN THIRTY DAYS FROM THE DATE OF THIS DECISION.**